NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WALTER DUNN, III,         )
         )
     Appellant,       )
         )
v.         )     Case No. 2D18-537
         )
STATE OF FLORIDA,         )
         )
     Appellee.       )
         )

Opinion filed March 29, 2019.

Appeal from the Circuit Court for
Hillsborough County; Laura E. Ward, Judge.

Walter Dunn, III, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Tonja Vickers Rook,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


     Affirmed.


SILBERMAN, KELLY, and VILLANTI, JJ., Concur.